# ALABAMA COURT OF CRIMINAL APPEALS



November 1, 2024

**CR-2024-0353**
Monterious Tyler v. Alabama Board of Pardons and Paroles and Debra Kizer,
Circuit Court Clerk (Appeal from Montgomery Circuit Court: CV-23-501)

## <u>NOTICE</u>

You are hereby notified that on November 1, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk